IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA LP., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 07-077-*** |
| vs. ) | |
| ) | |
| KV PHARMACEUTICAL COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendant KV PHARMACEUTICAL COMPANY may move, answer or otherwise respond to the complaint filed in the captioned matter is extended through and including March 8, 2007.

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
(jblumenfeld@mnat.com)
Rodger Dallery Smith, II (#3778)
(rsmith@mnat.com)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205

*Attorneys for Plaintiffs*

/s/ Chad M. Shandler
Frederick L. Cottrell, III (#2555)
(cottrell@rlf.com)
Chad M. Shandler (#3796)
(shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendant KV Pharmaceutical Company*

   *IT IS SO ORDERED* this _____ day of _____ 2007.

_____
District Court Judge

RLF1-3116408-1