Original

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

PURDUE PHARMA L.P.,
THE P.F. LABORATORIES, INC. AND
PURDUE PHARMACEUTIALS L.P.,
        Plaintiffs,

*I*.

KV PHARMACEUTICAL COMPANY,
        Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    07 - 77

TO:      KV Pharmaceutical Company
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                  FEB 1 2 2007

CLERK                        DATE

(By) DEPUTY CLERK

? AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE *February 13, 2007* | |
| NAME OF SERVER *(PRINT)* *Kyle Lytwynec* | TITLE *Courier* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Served upon The Corporation Trust Co. — KV Pharmaceutical Company's registered agent*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: *2/13/07*
            Date

*Signature of Server*

*MORRIS NICHOLS ARSHT & TUNNELL LLP*
*1201 N. Market Street*
*P.O Box 1347*
*Wilmington, DE 19801*
*302. 658. 9200*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.