IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendant. | C.A. No. 07-077-*** <br><br> **JURY TRIAL DEMANDED** |
| KV PHARMACEUTICAL COMPANY, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A., <br><br> Counterclaim-Defendants. | **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John F. Sweeney, Seth J. Atlas, Andrea L. Wayda and Matthew K. Blackburn of Morgan & Finnegan, L.L.P., 3 World Financial Center, New York, New York 10281-2101 to represent Defendant KV Pharmaceutical Company in this matter.

                                                Frederick L. Cottrell, III (#2555)
                                                (cottrell@rlf.com)
                                                Chad M. Shandler (#3796)
                                                (shandler@rlf.com)
                                                Jameson A.L. Tweedie (#4927)
                                                (tweedie@rlf.com)
                                                Richards, Layton & Finger, P.A.
                                                One Rodney Square
                                                P.O. Box 551
                                                Wilmington, DE  19899
                                                (302) 651-7700
                                                Attorneys for Defendant KV Pharmaceutical Company

Dated: March 13, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____     _____
                                                             United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-9200

I hereby certify that on March 13, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Herbert F. Schwartz
Denise L. Loring
Richard A. Inz
Pablo D. Hendler
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036

Robert J. Goldman
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301-1917

Jameson A.L. Tweedie (#4927)
Tweedie@rlf.com

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☑ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

_____
John F. Sweeney

Dated: March 12, 2007

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☒ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

_____
Seth J. Atlas

Dated: March 12, 2007

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☒ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

_____
Andrea L. Wayda

Dated: March 12, 2007

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☒ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Matthew K. Blackburn

Dated: March 12, 2007