IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC. and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KV PHARMACEUTICAL COMPANY,<br><br>　　　　　　Defendant.<br><br>KV PHARMACEUTICAL COMPANY,<br><br>　　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>PURDUE PHARMA, L.P., THE PURDUE<br>FREDERICK COMPANY, THE P.F.<br>LABORATORIES, INC., THE PURDUE<br>PHARMA COMPANY, PURDUE<br>PHARMACEUTICALS L.P.<br>and EUROCELTIQUE S.A.,<br><br>　　　　　　Counterclaim-Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-77-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

　　　　IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

　　　　1.　　Counsel for Counterclaim-Defendants The Purdue Frederick Company, The Purdue Pharma Company and Euroceltique S.A. agrees to accept service of Defendant and Counterclaim-Plaintiff KV Pharmaceutical Company's ("KV") Answer and Counterclaims (D.I. 8);

2. The time for Counterclaim-Defendants Purdue Pharma, L.P., The Purdue Frederick Company, The P.F. Laboratories, Inc., The Purdue Pharma Company, Purdue Pharmaceuticals L.P. and Euroceltique S.A. to reply or move with respect to KV's Answer and Counterclaims (D.I. 8) is extended until April 27, 2007; and

3. Counterclaim-Defendants Purdue Pharma, L.P., The Purdue Frederick Company, The P.F. Laboratories, Inc., The Purdue Pharma Company, Purdue Pharmaceuticals L.P. and Euroceltique S.A. agree to reply or move with respect to KV's Answer and Counterclaims by April 27, 2007, as specified in paragraph 2, regardless of whether this matter is transferred in the interim to another court pursuant to 28 U.S.C. § 1407 or 28 U.S.C. § 1404(a).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Chad M. Shandler* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Plaintiffs and Counterclaim-Defendants Purdue Pharma L.P., The P.F. Laboratories, Inc. and Purdue Pharmaceuticals L.P., and Counterclaim-Defendants The Purdue Frederick Company, The Purdue Pharma Company and Euroceltique S.A.* | Frederick L. Cottrell, III (#2555)<br>Chad M. Shandler (#3796)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>shandler@rlf.com<br>*Attorneys for Defendant and Counterclaim-Plaintiff KV Pharmaceutical Company* |

SO ORDERED this ____ day of _____ 2007.

_____
United States Magistrate Judge

769965