

2007 MAY 22 PM 2:51

Peter T. Dalleo CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

May 22, 2007

Daniel Patrick Moynihan United States Courthouse
Clerk of Court
500 Pearl Street
New York, NY 10007-1312

    RE:    <u>MDL-1603 – In re Oxycontin Antitrust Litigation</u>
            <u>Purdue Pharma LP, et al., v. KV Pharmaceuticals Company, et al</u>
            USDC/DE Civil Action Nos.: 07-32 & 07-77 ***

Dear Clerk:

Pursuant to the Order dated 5/17/07 signed by the Clerk of Panel, Judicial Panel of Multidistrict Litigation transferring the above captioned cases to your Court, enclosed please find the following items:

    ( X) Certified copies of the docket sheets;
    ( X) Certified copy of the Order of Transfer;
    ( ) Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

                Sincerely,

                Peter T. Dalleo, Clerk of Court

                By: _Robert W. Cruikshank_
                          Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

**Signature**