IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KV PHARMACEUTICAL COMPANY,<br><br>    Defendants.<br><br>KV PHARMACEUTICAL COMPANY,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A.,<br><br>    Counterclaim-Defendants. | **C.A. No. 07-077-\*\*\***<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A.L. Tweedie of Richards, Layton & Finger,

withdraws as counsel for Defendant KV Pharmaceutical Company in the above-captioned case.

Frederick L. Cottrell, III, Chad M. Shandler and Richards, Layton & Finger, P.A. continue to represent

KV Pharmaceutical Company in this matter.

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)

OF COUNSEL
John F. Sweeney
Joseph A. DeGirolamo
Seth J. Atlas
Andrea L. Wayda
Matthew K. Blackburn
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

shandler@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendant*
*KV Pharmaceutical Company*

Dated:  December 20, 2007

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-9200

I hereby certify that on December 20, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Herbert F. Schwartz          Robert J. Goldman
Denise L. Loring             Ropes & Gray, LLP
Richard A. Inz               525 University Avenue
Pablo D. Hendler             Suite 300
Ropes & Gray, LLP            Palo Alto, CA  94301-1917
1211 Avenue of the Americas
New York, NY  10036

Jameson Tweedie (#4927)
tweedie@rlf.com

RLF1-3127779-1